SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SHAWN BISHOP, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION.; et. al., <br><br> Defendants. | Case No.: 5:16-CV-04656-EJD <br><br> STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Shawn Bishop and defendant Bank of America, N.A., that Bank of America, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

| | |
|---|---|
| DATED: January 5, 2017 | Sagaria Law, P.C. |
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Shawn Bishop |
| DATED: January 5, 2017 | McGuire Woods LLP |
| | By: _/s/ Anthony Le_ |
| | Anthony Le |
| | Attorneys for Defendant |
| | Bank of America, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Le has concurred in this filing.

_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Bank of America, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____      _____

EDWARD J. DAVILA

UNITED STATES DISTRICT JUDGE