SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**.
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SHAWN BISHOP, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION.; et. al., <br><br><br> Defendants. | Case No.: 5:16-CV-04656-EJD <br><br> STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  IT IS HEREBY STIPULATED by and between plaintiff Shawn Bishop and defendant Bank of America, N.A., that Bank of America, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  January 5, 2017          Sagaria Law, P.C.

                                 By:    */s/ Elliot W. Gale*
                                        Elliot W. Gale
                                 Attorneys for Plaintiff
                                 Shawn Bishop

DATED:  January 5, 2017          McGuire Woods LLP


                                 By:    */s/ Anthony Le*
                                        Anthony Le
                                 Attorneys for Defendant
                                 Bank of America, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Le has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Bank of America, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 5, 2017           _____
                                 EDWARD J. DAVILA
                                 UNITED STATES DISTRICT JUDGE