SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **SHAWN BISHOP,** | Case No.: 5:16-CV-04656-EJD |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| EXPERIAN INFORMATION SOLUTIONS, INC; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Shawn Bishop and defendant Experian

Information Solutions, Inc. by and through their respective counsel of record, have reached a

settlement in principle of the above captioned case and are in the process of documenting said

settlement.  The parties believe the settlement will be finalized within 30 days and will request

dismissal of this action.

//

//

//

NOTICE OF SETTLEMENT - 1

1

2   Dated:   March 30, 2017

3

4

5

6   Dated:   March 30, 2017

7

8

9

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff


**Jones Day**
/s/ *Amir Amiri*
Amir Amiri
Attorneys for Defendant
Experian Information Solutions, Inc.

10   I, Elliot Gale, am the ECF user whose identification and password are being used to file this

11   Stipulation. I hereby attest that Amir Amiri has concurred in this filing.

12   */s/ Elliot Gale*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28